■ GLORIA GRANT, Individually and as Administratrix of the Estate of TERRY L. GRANT, Deceased, Respondent, v NORMAN B. RICHARD et al., Appellants. [636 NYS2d 676] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendants' motion *in limine* that sought to exclude potential testimony and documentary evidence in advance of trial. The decision regarding the admissibility of evidence should await the trial, when the determination may be made "in context" *(Speed v Avis Rent-A-Car,* 172 AD2d 267, 268). (Appeal from Order of Supreme Court, Erie County, Gossel, J.—Preclude Testimony.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.